**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Action No. 13-cr-00404-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES BOBLETT

    Defendant.

___

**PROTECTIVE ORDER**
___

    THIS MATTER coming before the Court upon motion of the Government to enter an order of protection enters the following findings and order:

    1.    Due to the nature of the charges, the privacy protection measures set forth under § 3509(d) of the Child Victims' and Child Witnesses' Rights Act (the "Act") are implicated in this case.

    2.    Section 3509(d) of the Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3. Due to the nature of the case, the Court finds that there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors.

4. The Defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(d)(3).

5. Good cause appearing, the Court hereby orders that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B)(i) and (iii) shall, during any and all pre-trial and post-trial pleadings and proceedings in this case, refer to any minors involved by a pseudonym such as "Minor #1" for each such minor;

(b) All documents that disclose the name or any other information concerning a child shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i), and

(c) All documents that disclose the name or any other information concerning a child or the information in them that concerns a child shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

(d) All papers to be filed in Court that disclose the name or other information concerning a child shall be filed under restriction without necessity of obtaining a Court order, provided that redacted copies of such documents shall be filed publically;

(e) Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed in camera.

DATED October 3, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge